# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WILLIAM HILL, :

    Plaintiff, :

                                 Case No. 3:16-cv-00174

vs. :

                                 District Judge Walter H. Rice

NANCY A. BERRYHILL, : Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #21), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on December 29, 2017 (Doc. #21) is ADOPTED in full;

2. The Motion For Allowance Of Attorney Fees filed by Plaintiff's counsel (Doc. #19) is GRANTED, and the Commissioner is directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b) in the total amount of $13,162.50;

3. Plaintiff's counsel is ordered to refund directly to Plaintiff the amount of attorney fees previously paid to her counsel, $3,400.00, under the Equal Access to Justice Act (Doc. #18); and

4. The case remains terminated on the Court's docket.

                                                  Walter H. Rice
                                           United States District Judge